# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1957.  YVONNE A. WARD v. U. S. BANK NATIONAL ASSOCIATION.**

U. S. Bank National Association filed a dispossessory proceeding against Yvonne Ward in magistrate court. Following an adverse ruling, Ward appealed to the superior court, which affirmed the issuance of a writ of possession in favor of the bank. Ward filed an application for discretionary appeal from the superior court's order, which we denied. See Case No. A19D0009 (Aug. 16, 2018). Ward then filed a motion to stay or set aside the writ of possession, which the superior court  denied. Ward filed a direct appeal, which we dismissed for lack of jurisdiction. See Case No. A19A1555 (Mar. 28, 2019).

Back in the superior court, Ward filed more post-judgment motions, including a motion for new trial. On January 16, 2020, the superior court entered an order denying these motions. On February 7, 2020, Ward filed a notice of appeal. We lack jurisdiction for two reasons.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Ward has no right of direct appeal here, we lack jurisdiction to consider this case.[1]

---

[1] Ward also filed a discretionary application from the same trial court order on appeal here, but we dismissed the application as untimely. Case No. A20D0351 (Apr.

Second, while under OCGA § 5-6-38 (a), a notice of appeal generally must be filed within 30 days of entry of the order sought to be appealed, under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Ward's notice of appeal, filed 22 days after the superior court's order disposing of her post-judgment motions, is untimely under OCGA § 44-7-56.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__07/02/2020_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*